# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOOLITTLE, ANDREW J | § | Case No. 09-21061 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/BRADLEY J. WALLER_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-21061 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | DOOLITTLE, ANDREW J | | | Date Filed (f) or Converted (c): | 06/10/09 (f) |
| | | | | 341(a) Meeting Date: | 08/06/09 |
| For Period Ending: 12/10/12 | | | | Claims Bar Date: | 11/10/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash for emergencies | 86.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account (Prairie Trail Credit Union) | 25.00 | 0.00 | | 0.00 | FA |
| 3. Furniture | 200.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 50.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous firearms | 500.00 | 0.00 | | 0.00 | FA |
| 6. Personal Injury - Not filed | Unknown | 0.00 | | 0.00 | 0.00 |
| 7. Personal Injury - Not filed | 15,000.00 | 0.00 | | 10,000.00 | 0.00 |
| 8. 1998 Lincoln Town Car | 4,200.00 | 0.00 | OA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $20,061.00 | $0.00 | | $10,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Order entered on 10/19/12 approving settlement of $10,000.00

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 06/30/13

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                    Ver: 17.00b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 09-21061 -BB |
| Case Name: | DOOLITTLE, ANDREW J |
| Taxpayer ID No: | *******5977 |
| For Period Ending: | 12/10/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8894 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/12 | | Law Office of Gloria M. Longest PC<br>Lawyers Trust Account<br>385 South Broadway Street<br>Coal City, IL  60416 | | 1142-000 | 10,000.00 | | 10,000.00 |

|  |  | |  |
|---|---|---|---|
| COLUMN TOTALS | 10,000.00 | 0.00 | 10,000.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,000.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8894 | 10,000.00 | 0.00 | 10,000.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,000.00 | 0.00 | 10,000.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     10,000.00     0.00

| Page 1 | | * ANALYSIS OF CLAIMS REGISTER | | | | Date: December 10, 2012 |
|---|---|---|---|---|---|---|

Case Number: 09-21061  
Debtor Name: DOOLITTLE, ANDREW J

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | US Bankruptcy Clerk<br>219 S. Dearborn<br>Chicago, IL 60604 | Administrative | | $260.00 | $0.00 | $260.00 |
| 000001<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Unsecured | | $1,255.57 | $0.00 | $1,255.57 |
| 000002<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Unsecured | | $939.58 | $0.00 | $939.58 |
| 000003<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Unsecured | | $861.12 | $0.00 | $861.12 |
| 000004<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Unsecured | | $945.04 | $0.00 | $945.04 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $5,043.06 | $0.00 | $5,043.06 |
| 000006<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $1,529.89 | $0.00 | $1,529.89 |
| 000007<br>070<br>7100-00 | GE Money Bank dba SAM'S CLUB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $1,087.14 | $0.00 | $1,087.14 |
| 000008<br>070<br>7100-00 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Best Buy<br>POB 41067<br>NORFOLK VA 23541 | Unsecured | | $1,010.97 | $0.00 | $1,010.97 |
| 000009<br>070<br>7100-00 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o HSBC BANK NEVADA, N.A.<br>POB 41067<br>NORFOLK VA 23541 | Unsecured | | $837.80 | $0.00 | $837.80 |

Page 2

\*
ANALYSIS OF CLAIMS REGISTER

Date: December 10, 2012

Case Number: 09-21061
Debtor Name: DOOLITTLE, ANDREW J

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Orchard Bank POB 41067 NORFOLK VA 23541 | Unsecured | | $855.15 | $0.00 | $855.15 |
| 000011 070 7100-00 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Orchard Bank POB 41067 NORFOLK VA 23541 | Unsecured | | $650.11 | $0.00 | $650.11 |
| | Case Totals: | | | $15,275.43 | $0.00 | $15,275.43 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-21061
Case Name: DOOLITTLE, ANDREW J
Trustee Name: BRADLEY J. WALLER

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |
| Charges: US Bankruptcy Clerk | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000002 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000003 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000004 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. | $ | $ | $ |
| 000006 | Chase Bank USA, N.A. | $ | $ | $ |
| 000007 | GE Money Bank dba SAM'S CLUB | $ | $ | $ |
| 000008 | PRA Receivables Management, LLC | $ | $ | $ |
| 000009 | PRA Receivables Management, LLC | $ | $ | $ |
| 000010 | PRA Receivables Management, LLC | $ | $ | $ |
| 000011 | PRA Receivables Management, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors            $_____

Remaining Balance                                                 $_____

   Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*