# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| DOOLITTLE, ANDREW J | § § § | Case No. 09-21061 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/11/2013 in Courtroom 2nd Floor,

> Will County Court - Joliet City Hall
> 150 West Jefferson Street
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/18/2012                    By: /s/ Bradley J. Waller
                                                                    Trustee


BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

In re: §
§
DOOLITTLE, ANDREW J § Case No. 09-21061
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: BRADLEY J. WALLER | $ 146.60 | $ 0.00 | $ 146.60 |
| Charges: US Bankruptcy Clerk | $ 260.00 | $ 0.00 | $ 260.00 |

Total to be paid for chapter 7 administrative expenses        $        2,156.60
Remaining Balance                                             $        7,843.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,015.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | $ 1,255.57 | $ 0.00 | $ 655.85 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | $ 939.58 | $ 0.00 | $ 490.80 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | $ 861.12 | $ 0.00 | $ 449.81 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | $ 945.04 | $ 0.00 | $ 493.65 |
| 000005 | Chase Bank USA, N.A. | $ 5,043.06 | $ 0.00 | $ 2,634.27 |
| 000006 | Chase Bank USA, N.A. | $ 1,529.89 | $ 0.00 | $ 799.15 |
| 000007 | GE Money Bank dba SAM'S CLUB | $ 1,087.14 | $ 0.00 | $ 567.87 |
| 000008 | PRA Receivables Management, LLC | $ 1,010.97 | $ 0.00 | $ 528.09 |
| 000009 | PRA Receivables Management, LLC | $ 837.80 | $ 0.00 | $ 437.63 |
| 000010 | PRA Receivables Management, LLC | $ 855.15 | $ 0.00 | $ 446.69 |
| 000011 | PRA Receivables Management, LLC | $ 650.11 | $ 0.00 | $ 339.59 |

Total to be paid to timely general unsecured creditors    $ 7,843.40

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752-1 | User: dwilliams | Date Created: 8/12/2009 |
| Case: 09-21061 | Form ID: ntcftfc7 | Total: 86 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
14028963  DuPage Pathology Assoc. SC
14029013  Suburban Radiologists SC
                                                                                        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Andrew J Doolittle      2605 Campbell       Joliet, IL 60434
tr           Bradley J Waller       Klein Stoddard Buck Waller &Lewis LLC       2045 Aberdeen Court       Sycamore, IL 60178
aty          Gloria M Longest       Law Office of Gloria M. Longest       385 S Broadway       Coal City, IL 60416
14028939     Accounts Receivable Management, Inc       P.O. Box 129       Thorofare, NJ 08086-0129
14028940     Adventist Bolingbrook Hospital       2870 Remington Blvd.       Bolingbrook, IL 60440
14028941     Alexander Sosenko, MC       1300 Copperfield Ave.       Joliet, IL 60432
14028942     Angie Dillman DRNA       20201 Crawford Ave.       Olympia Fields, IL 60461
14028943     Assoc. Anesthesiologists of Joliet       333 North Madison St.       Joliet, IL 60435-8200
14028945     Associated St. James Radiologists       P.O.Box 3837       Springfield, IL 62708-3837
14028944     Associated St. James Radiologists       PO Box 3597       Springfield, IL 62708-3597
14028946     Biomet       100 Interpace Parkway       Parsippany, NJ 07054
14028947     Brian Fagan, MD       333 Madison St.       Joliet, IL 60435
14028949     Capital One       PO Box 71083       Charlotte, NC 28272-1083
14028948     Capital One Bank       Attn: C/O TSYS Debt Management       PO Box 5155       Norcross, GA 30091
14028950     Capital One Bank       PO Box 6492       Carol Stream, IL 60197-6492
14028951     Cardmember Services/Chase       P.O. Box 15548       Wilmington, DE 19886-5548
14028952     Center for Neuro Dis       2222 Weber Road       Crest Hill, IL 60403
14028953     Chase       Cardmember Service       PO Box 15153       Wilmington, DE 19886-5153
14028954     Christy J. Hiser MD       2100 Glenwood Ave.       Joliet, IL 60435
14028956     Chrysler Financial       PO Box 9001921       Louisville, KY 40290-1921
14028955     Chrysler Financial Services Americas LLC       f/k/a DaimlerChrysler Financial Services       Riezman Berger PC       7700 Bonhomme 7th Floor       St Louis, Missouri 63105
14028957     Consusltants in Pathology       PO Box 9231       Michigan City, IN 46361-9231
14028958     Creditors Collection Bureau       P.O. Box 63       Kankakee, IL 60901-0063
14028959     Daniel L. Garrison MD       700 E. Ogden Ave. Ste. 202       Westmont, IL 60559
14028960     David C. You MD       700 E. Ogden Ave.       Westmont, IL 60559
14028961     Deerbrook Care Centre       306 N. OLarkin       Joliet, IL 60435
14028962     Dino U. Vallera MD       120 N. Oak St.       Hinsdale, IL 60521
14028964     DuPage Pathology Assoc. SC       520 E. 22nd Street       Lombard, IL 60148
14028965     EBI, a Biomet Company       PO Box 8500-41335       Philadelphia, PA 19178-1335
14028968     ENT Surgical Consultants Ltd.       2201 Glenwood Avenue       Joliet, IL 60435
14028966     Echelon Recovery Inc.       P.O. Box 1880       Voorhees, NJ 08043
14028967     Encore Receivable Management Inc.       400 N. Rogers Road       P.O.Box 3330       Olathe, KS 66063-3330
14028969     Financial Recovery Services Inc       PO Box 385908       Minneapolis, MN 55438-5908
14028970     First Premier Bank       3820 N Louise Ave       Sioux Falls, SD 57117
14028972     First Premier Bank       Credit Card Department       PO Box 5519       Sioux Falls, SD 57117-5519
14028971     First Premier Bank       P.O. Box 5147       SIOUX FALLS, SD 57117-5147
14028975     GC Services Limited Partnership       6330 Gulfton       Houston, TX 77081
14028976     GC Services Limited Partnership       P.O. Box 865       Houston, TX 77001
14028977     GE Money Bank       PO Box 981064       El Paso, TX 79998-1064
14028973     Gareth P. Trichardt, DC       197 W. Romeo Road       Romeoville, IL 60446
14028974     Gawtham Gutta MD       330 Madison Street       Joliet, IL 60435
14028980     HSBC Bank       Attn: Bankruptcy       PO Box 5253       Carol Stream, IL 60197
14028978     HSBC Bank       P Box 5253       Carol Stream, IL 60197
14028979     HSBC Bank       PO Box 5253       Carol Stream, IL 60197
14028981     HSBC Card Services       P.O. Box 17051       Baltimore, MD 21297-1051
14028982     HSBC Card Services       PO Box 17051       Baltimore, MD 21297-1051
14028983     HSBC/Best Buy       Attn: Bankruptcy       Po Box 6985       Bridge Water, NJ 08807
14028984     Illinois Collection Service Inc.       P.O. Box 646       Oak Lawn, IL 60454-0646
14028985     Jeffery Lapsker, DDS       2201 Glenwood Ave.       Joliet, IL 60435
14028986     John A. Yarzagary MD       PO Box 7000       Bolingbrook, IL 60440
14028987     Joliet Radiological Service Corp.       36910 Treasury Center       Chicago, IL 60694-6900
14028988     Joseph J. Natarelli DO       333 Madison St.       Joliet, IL 60435
14028990     KCA Financial Services, Inc.       628 North Street, P.O. Box 53       GENEVA, IL 60134
14028989     Karim K. Tourk MD       2450 Glenwood Ave. #101       Joliet, IL 60435
14028991     Mark Diamond DO       333 Madison St.       Joliet, IL 60435
14028992     Medical Reimbursements of America       117 Seaboard Ln., Ste. D100       Franklin, TN 37067-2871
14028994     Michel H. Malek MD       16151 Weber Rd.       Crest Hill, IL 60403
14028993     Michel H. Malek MD       16151 Weber Rd., Ste. 103       Crest Hill, IL 60403
14028995     Michel H. Malek, MD       16151 Weber Rd, Ste. 103       Crest Hill, IL 60403
14028996     Mickey B. Jester DO       333MadisonStreet       Joliet, IL 60435

| | | | |
|---|---|---|---|
| 14028997 | Miguel E. George MD | 200 N. Hammes Ave. #3 | Joliet, IL 60435 |
| 14028998 | NCO Financial Systems Inc | 4740 Baxter Road | Virginia Beach, VA 23462 |
| 14028999 | Oliver Adjustment Company Inc. | PO Box 371100 | Milwaukee, WI 53237-1068 |
| 14029000 | Open Advance MRI LLC | PO Box 37293 | Baltimore, MD 21297-3293 |
| 14029001 | Optech | 121 Springfield Ave. | Joliet, IL 60435 |
| 14029002 | Orthofix Inc | PO Box 849806 | Dallas, TX 75284 |
| 14029003 | Prairie Emergency Services SC | 333 N. Hammes St. | Joliet, IL 60435 |
| 14029004 | Provena St. Joseph Medical Center | 75 Remitance Dr., Ste. 1366 | Chicago, IL 60675-1366 |
| 14029005 | Provena St. Mary's Hospital | 500 W. Court Street | Kankakee, IL 60901 |
| 14029006 | Provena/St. Joseph Medical Center | 333 N. Madison St. | Joliet, IL 60435 |
| 14029007 | Reward Zone Program Mastercard | PO Box 17051 | Baltimore, MD 21297-1051 |
| 14029008 | Ronald E. Stella MD | PO Box 766 | Bedford Park, IL 60499 |
| 14029009 | Sam's Club | P.O.Box 530942 | Atlanta, GA 30353-0942 |
| 14029010 | Sams Club    Attention: Bankruptcy Department | PO Box 103104 | Roswell, GA 30076 |
| 14029011 | Sasan Payvar MD | 333 Madison St. | Joliet, IL 60435 |
| 14029012 | St. James Hospital | 20201 Crawford Ave. | Olympia Fields, IL 60461 |
| 14029013 | | | |
| 14029014 | Suburban Radiologists SC | 2000 Spring Rd Ste. 200 | Oak Brook, IL 60523 |
| 14029015 | Summit Collection Services Inc | PO ABox 306 | Hohokus, NJ 07423-0306 |
| 14029016 | United Recovery Service LLC | 18525 Torrence Ave., Ste. C-6 | Lansing, IL 60438 |
| 14029017 | United Surgical Assistance | 750 Almar Parkway Ste. 205 | Bourbonnais, IL 60914 |
| 14029018 | Wajid A. Khan MD | 200 N. Hammes Ave. | Joliet, IL 60435 |
| 14029019 | Washington Mutual MC | P.O. Box 660487 | Dallas, TX 75266-0487 |
| 14029020 | Woo Chan Kim MD | 333 Madison St. | Joliet, IL 60435 |
| 14029021 | Wunderlich Law Office Ltd    Attn: James M. McTighe | 54 N. Ottawa St., Ste B-60 | Joliet, IL 60432 |

TOTAL: 84