# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| DOOLITTLE, ANDREW J | §   Case No. 09-21061 |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/11/2013 in Courtroom 2nd Floor,

> Will County Court - Joliet City Hall
> 150 West Jefferson Street
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/18/2012             By: /s/ Bradley J. Waller
                                          Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DOOLITTLE, ANDREW J § Case No. 09-21061
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: BRADLEY J. WALLER | $ 146.60 | $ 0.00 | $ 146.60 |
| Charges: US Bankruptcy Clerk | $ 260.00 | $ 0.00 | $ 260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,156.60 |
| Remaining Balance | $ 7,843.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,015.43 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | $ 1,255.57 | $ 0.00 | $ 655.85 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | $ 939.58 | $ 0.00 | $ 490.80 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | $ 861.12 | $ 0.00 | $ 449.81 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | $ 945.04 | $ 0.00 | $ 493.65 |
| 000005 | Chase Bank USA, N.A. | $ 5,043.06 | $ 0.00 | $ 2,634.27 |
| 000006 | Chase Bank USA, N.A. | $ 1,529.89 | $ 0.00 | $ 799.15 |
| 000007 | GE Money Bank dba SAM'S CLUB | $ 1,087.14 | $ 0.00 | $ 567.87 |
| 000008 | PRA Receivables Management, LLC | $ 1,010.97 | $ 0.00 | $ 528.09 |
| 000009 | PRA Receivables Management, LLC | $ 837.80 | $ 0.00 | $ 437.63 |
| 000010 | PRA Receivables Management, LLC | $ 855.15 | $ 0.00 | $ 446.69 |
| 000011 | PRA Receivables Management, LLC | $ 650.11 | $ 0.00 | $ 339.59 |

Total to be paid to timely general unsecured creditors   $ 7,843.40

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

Case 09-21061 Doc 22 Filed 08/10/09 Entered 08/11/09 07:21:44 Desc Notice
Fixing Time For Filing, Certificate of Notice Page 1 of 2
Case 09-21061 Doc 40-2 Filed 12/19/12 Entered 12/21/12 03:48:04 Desc Imaged
Certificate of Notice Recipients Page 5 of 10 Page 1 of 2

# Notice Recipients

District/Off: 0752–1     User: dwilliams     Date Created: 8/12/2009
Case: 09-21061     Form ID: ntcftfc7     Total: 86

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| ID | Name |
|---|---|
| 14028963 | DuPage Pathology Assoc. SC |
| 14029013 | Suburban Radiologists SC |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| Code/ID | Name | Address |
|---|---|---|
| db | Andrew J Doolittle | 2605 Campbell   Joliet, IL 60434 |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC   2045 Aberdeen Court   Sycamore, IL 60178 |
| aty | Gloria M Longest | Law Office of Gloria M. Longest   385 S Broadway   Coal City, IL 60416 |
| 14028939 | Accounts Receivable Management, Inc | P.O. Box 129   Thorofare, NJ 08086–0129 |
| 14028940 | Adventist Bolingbrook Hospital | 2870 Remington Blvd.   Bolingbrook, IL 60440 |
| 14028941 | Alexander Sosenko, MC | 1300 Copperfield Ave.   Joliet, IL 60432 |
| 14028942 | Angie Dillman DRNA | 20201 Crawford Ave.   Olympia Fields, IL 60461 |
| 14028943 | Assoc. Anesthesiologists of Joliet | 333 North Madison St.   Joliet, IL 60435–8200 |
| 14028945 | Associated St. James Radiologists | P.O.Box 3837   Springfield, IL 62708–3837 |
| 14028944 | Associated St. James Radiologists | PO Box 3597   Springfield, IL 62708–3597 |
| 14028946 | Biomet | 100 Interpace Parkway   Parsippany, NJ 07054 |
| 14028947 | Brian Fagan, MD | 333 Madison St.   Joliet, IL 60435 |
| 14028949 | Capital One | PO Box 71083   Charlotte, NC 28272–1083 |
| 14028948 | Capital One Bank | Attn: C/O TSYS Debt Management   PO Box 5155   Norcross, GA 30091 |
| 14028950 | Capital One Bank | PO Box 6492   Carol Stream, IL 60197–6492 |
| 14028951 | Cardmember Services/Chase | P.O. Box 15548   Wilmington, DE 19886–5548 |
| 14028952 | Center for Neuro Dis | 2222 Weber Road   Crest Hill, IL 60403 |
| 14028953 | Chase   Cardmember Service | PO Box 15153   Wilmington, DE 19886–5153 |
| 14028954 | Christy J. Hiser MD | 2100 Glenwood Ave.   Joliet, IL 60435 |
| 14028956 | Chrysler Financial | PO Box 9001921   Louisville, KY 40290–1921 |
| 14028955 | Chrysler Financial Services Americas LLC | f/k/a DaimlerChrysler Financial Services   Riezman Berger PC   7700 Bonhomme 7th Floor   St Louis, Missouri 63105 |
| 14028957 | Consusltants in Pathology | PO Box 9231   Michigan City, IN 46361–9231 |
| 14028958 | Creditors Collection Bureau | P.O. Box 63   Kankakee, IL 60901–0063 |
| 14028959 | Daniel L. Garrison MD | 700 E. Ogden Ave. Ste. 202   Westmont, IL 60559 |
| 14028960 | David C. You MD | 700 E. Ogden Ave.   Westmont, IL 60559 |
| 14028961 | Deerbrook Care Centre | 306 N. OLarkin   Joliet, IL 60435 |
| 14028962 | Dino U. Vallera MD | 120 N. Oak St.   Hinsdale, IL 60521 |
| 14028964 | DuPage Pathology Assoc. SC | 520 E. 22nd Street   Lombard, IL 60148 |
| 14028965 | EBI, a Biomet Company | PO Box 8500–41335   Philadelphia, PA 19178–1335 |
| 14028968 | ENT Surgical Consultants Ltd. | 2201 Glenwood Avenue   Joliet, IL 60435 |
| 14028966 | Echelon Recovery Inc. | P.O. Box 1880   Voorhees, NJ 08043 |
| 14028967 | Encore Receivable Management Inc. | 400 N. Rogers Road   P.O.Box 3330   Olathe, KS 66063–3330 |
| 14028969 | Financial Recovery Services Inc | PO Box 385908   Minneapolis, MN 55438–5908 |
| 14028970 | First Premier Bank | 3820 N Louise Ave   Sioux Falls, SD 57117 |
| 14028972 | First Premier Bank | Credit Card Department   PO Box 5519   Sioux Falls, SD 57117–5519 |
| 14028971 | First Premier Bank | P.O. Box 5147   SIOUX FALLS, SD 57117–5147 |
| 14028975 | GC Services Limited Partnership | 6330 Gulfton   Houston, TX 77081 |
| 14028976 | GC Services Limited Partnership | P.O. Box 865   Houston, TX 77001 |
| 14028977 | GE Money Bank | PO Box 981064   El Paso, TX 79998–1064 |
| 14028973 | Gareth P. Trichardt, DC | 197 W. Romeo Road   Romeoville, IL 60446 |
| 14028974 | Gawtham Gutta MD | 330 Madison Street   Joliet, IL 60435 |
| 14028980 | HSBC Bank | Attn: Bankruptcy   PO Box 5253   Carol Stream, IL 60197 |
| 14028978 | HSBC Bank | P Box 5253   Carol Stream, IL 60197 |
| 14028979 | HSBC Bank | PO Box 5253   Carol Stream, IL 60197 |
| 14028981 | HSBC Card Services | P.O. Box 17051   Baltimore, MD 21297–1051 |
| 14028982 | HSBC Card Services | PO Box 17051   Baltimore, MD 21297–1051 |
| 14028983 | HSBC/Best Buy | Attn: Bankruptcy   Po Box 6985   Bridge Water, NJ 08807 |
| 14028984 | Illinois Collection Service Inc. | P.O. Box 646   Oak Lawn, IL 60454–0646 |
| 14028985 | Jeffery Lapsker, DDS | 2201 Glenwood Ave.   Joliet, IL 60435 |
| 14028986 | John A. Yarzagary MD | PO Box 7000   Bolingbrook, IL 60440 |
| 14028987 | Joliet Radiological Service Corp. | 36910 Treasury Center   Chicago, IL 60694–6900 |
| 14028988 | Joseph J. Natarelli DO | 333 Madison St.   Joliet, IL 60435 |
| 14028990 | KCA Financial Services, Inc. | 628 North Street, P.O. Box 53   GENEVA, IL 60134 |
| 14028989 | Karim K. Tourk MD | 2450 Glenwood Ave. #101   Joliet, IL 60435 |
| 14028991 | Mark Diamond DO | 333 Madison St.   Joliet, IL 60435 |
| 14028992 | Medical Reimbursements of America | 117 Seaboard Ln., Ste. D100   Franklin, TN 37067–2871 |
| 14028994 | Michel H. Malek MD | 16151 Weber Rd.   Crest Hill, IL 60403 |
| 14028993 | Michel H. Malek MD | 16151 Weber Rd., Ste. 103   Crest Hill, IL 60403 |
| 14028995 | Michel H. Malek, MD | 16151 Weber Rd, Ste. 103   Crest Hill, IL 60403 |
| 14028996 | Mickey B. Jester DO | 333MadisonStreet   Joliet, IL 60435 |

| | | | |
|---|---|---|---|
| 14028997 | Miguel E. George MD | 200 N. Hammes Ave. #3 | Joliet, IL 60435 |
| 14028998 | NCO Financial Systems Inc | 4740 Baxter Road | Virginia Beach, VA 23462 |
| 14028999 | Oliver Adjustment Company Inc. | PO Box 371100 | Milwaukee, WI 53237-1068 |
| 14029000 | Open Advance MRI LLC | PO Box 37293 | Baltimore, MD 21297-3293 |
| 14029001 | Optech | 121 Springfield Ave. | Joliet, IL 60435 |
| 14029002 | Orthofix Inc | PO Box 849806 | Dallas, TX 75284 |
| 14029003 | Prairie Emergency Services SC | 333 N. Hammes St. | Joliet, IL 60435 |
| 14029004 | Provena St. Joseph Medical Center | 75 Remitance Dr., Ste. 1366 | Chicago, IL 60675-1366 |
| 14029005 | Provena St. Mary's Hospital | 500 W. Court Street | Kankakee, IL 60901 |
| 14029006 | Provena/St. Joseph Medical Center | 333 N. Madison St. | Joliet, IL 60435 |
| 14029007 | Reward Zone Program Mastercard | PO Box 17051 | Baltimore, MD 21297-1051 |
| 14029008 | Ronald E. Stella MD | PO Box 766 | Bedford Park, IL 60499 |
| 14029009 | Sam's Club | P.O.Box 530942 | Atlanta, GA 30353-0942 |
| 14029010 | Sams Club | Attention: Bankruptcy Department    PO Box 103104 | Roswell, GA 30076 |
| 14029011 | Sasan Payvar MD | 333 Madison St. | Joliet, IL 60435 |
| 14029012 | St. James Hospital | 20201 Crawford Ave. | Olympia Fields, IL 60461 |
| 14029014 | Suburban Radiologists SC | 2000 Spring Rd Ste. 200 | Oak Brook, IL 60523 |
| 14029015 | Summit Collection Services Inc | PO ABox 306 | Hohokus, NJ 07423-0306 |
| 14029016 | United Recovery Service LLC | 18525 Torrence Ave., Ste. C-6 | Lansing, IL 60438 |
| 14029017 | United Surgical Assistance | 750 Almar Parkway Ste. 205 | Bourbonnais, IL 60914 |
| 14029018 | Wajid A. Khan MD | 200 N. Hammes Ave. | Joliet, IL 60435 |
| 14029019 | Washington Mutual MC | P.O. Box 660487 | Dallas, TX 75266-0487 |
| 14029020 | Woo Chan Kim MD | 333Madison St. | Joliet, IL 60435 |
| 14029021 | Wunderlich Law Office Ltd | Attn: James M. McTighe    54 N. Ottawa St., Ste B-60 | Joliet, IL 60432 |

TOTAL: 84

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                                      Case No. 09-21061-BWB
Andrew J Doolittle                                                          Chapter 7
          Debtor                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: dwilliams              Page 1 of 4                   Date Rcvd: Dec 19, 2012
                               Form ID: pdf006              Total Noticed: 83


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2012.
db           #+Andrew J Doolittle,    2605 Campbell,   Joliet, IL 60435-6407
14028939      Accounts Receivable Management, Inc,    P.O. Box 129,   Thorofare, NJ 08086-0129
14028940      Adventist Bolingbrook Hospital,   2870 Remington Blvd.,    Bolingbrook, IL 60440
14028941     +Alexander Sosenko, MC,    1300 Copperfield Ave.,   Joliet, IL 60432-2004
14028942     +Angie Dillman DRNA,   20201 Crawford Ave.,    Olympia Fields, IL 60461-1010
14028943      Assoc. Anesthesiologists of Joliet,   333 North Madison St.,    Joliet, IL 60435-8200
14028944      Associated St. James Radiologists,    PO Box 3597,   Springfield, IL 62708-3597
14028945      Associated St. James Radiologists,    P.O.Box 3837,   Springfield, IL 62708-3837
14028947     +Brian Fagan, MD,   333 Madison St.,    Joliet, IL 60435-8200
14362906    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
               PO BOX 5155,   NORCROSS, GA   30091)
14028956    ++CHRYSLER FINANCIAL,   27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,    PO Box 9001921,   Louisville, KY 40290-1921)
14028949      Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
14028950      Capital One Bank,   PO Box 6492,   Carol Stream, IL 60197-6492
14028951      Cardmember Services/Chase,    P.O. Box 15548,   Wilmington, DE 19886-5548
14028952     +Center for Neuro Dis,    2222 Weber Road,   Crest Hill, IL 60403-0928
14028953      Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
14440298      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14028954     +Christy J. Hiser MD,    2100 Glenwood Ave.,   Joliet, IL 60435-5487
14028955    +++Chrysler Financial Services Americas LLC,    f/k/a DaimlerChrysler Financial Services,
               Riezman Berger PC,    7700 Bonhomme 7th Floor,   St Louis, Missouri 63105-1960
14028957      Consusltants in Pathology,    PO Box 9231,   Michigan City, IN 46361-9231
14028959     +Daniel L. Garrison MD,    700 E. Ogden Ave. Ste. 202,   Westmont, IL 60559-1296
14028960     +David C. You MD,   700 E. Ogden Ave.,    Westmont, IL 60559-5569
14028961     +Deerbrook Care Centre,    306 N. OLarkin,   Joliet, IL 60435-6698
14028962     +Dino U. Vallera MD,    120 N. Oak St.,   Hinsdale, IL 60521-3829
14028964     +DuPage Pathology Assoc. SC,    520 E. 22nd Street,   Lombard, IL 60148-6110
14028965      EBI, a Biomet Company,    PO Box 8500-41335,   Philadelphia, PA 19178-1335
14028968     +ENT Surgical Consultants Ltd.,    2201 Glenwood Avenue,   Joliet, IL 60435-5598
14028966     +Echelon Recovery Inc.,    P.O. Box 1880,   Voorhees, NJ 08043-7880
14028967      Encore Receivable Management Inc.,    400 N. Rogers Road,   P.O.Box 3330,   Olathe, KS 66063-3330
14028970     +First Premier Bank,    3820 N Louise Ave,   Sioux Falls, SD 57107-0145
14028971      First Premier Bank,    P.O. Box 5147,   SIOUX FALLS, SD 57117-5147
14028972      First Premier Bank,    Credit Card Department,   PO Box 5519,   Sioux Falls, SD 57117-5519
14028976     +GC Services Limited Partnership,    P.O. Box 865,   Houston, TX 77001-0865
14028975     +GC Services Limited Partnership,    6330 Gulfton,   Houston, TX 77081-1198
14028973     +Gareth P. Trichardt, DC,    197 W. Romeo Road,   Romeoville, IL 60446-1564
14028974     +Gawtham Gutta MD,   330 Madison Street,    Joliet, IL 60435-6576
14028978     +HSBC Bank,   P Box 5253,   Carol Stream, IL 60197-5253
14028979     +HSBC Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
14028980     +HSBC Bank,   Attn: Bankruptcy,   PO Box 5253,   Carol Stream, IL 60197-5253
14028981      HSBC Card Services,    P.O. Box 17051,   Baltimore, MD 21297-1051
14028984      Illinois Collection Service Inc.,    P.O. Box 646,   Oak Lawn, IL 60454-0646
14028985     +Jeffery Lapsker, DDS,    2201 Glenwood Ave.,   Joliet, IL 60435-5598
14028986     +John A. Yarzagary MD,    PO Box 7000,   Bolingbrook, IL 60440-7000
14028987      Joliet Radiological Service Corp.,    36910 Treasury Center,   Chicago, IL 60694-6900
14028988     +Joseph J. Natarelli DO,    333 Madison St.,   Joliet, IL 60435-8200
14028990     +KCA Financial Services, Inc.,    628 North Street, P.O. Box 53,   GENEVA, IL 60134-0053
14028989     +Karim K. Tourk MD,    2450 Glenwood Ave. #101,   Joliet, IL 60435-5403
14028991     +Mark Diamond DO,   333 Madison St.,    Joliet, IL 60435-8200
14028992      Medical Reimbursements of America,    117 Seaboard Ln., Ste. D100,   Franklin, TN 37067-2871
14028994     +Michel H. Malek MD,    16151 Weber Rd.,   Crest Hill, IL 60403-0864
14028993     +Michel H. Malek MD,    16151 Weber Rd., Ste. 103,   Crest Hill, IL 60403-0864
14028996     +Mickey B. Jester DO,    333MadisonStreet,   Joliet, IL 60435-8200
14028997     +Miguel E. George MD,    200 N. Hammes Ave. #3,   Joliet, IL 60435-6677
14028998     +NCO Financial Systems Inc,    4740 Baxter Road,   Virginia Beach, VA 23462-4484
14028999     +Oliver Adjustment Company Inc.,    PO Box 371100,   Milwaukee, WI 53237-2200
14029000     #Open Advance MRI LLC,    PO Box 37293,   Baltimore, MD 21297-3293
14029001     +Optech,   121 Springfield Ave.,    Joliet, IL 60435-6561
14029002     +Orthofix Inc,   PO Box 849806,    Dallas, TX 75284-9806
14706901     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,   c/o Best Buy,
               POB 41067,    NORFOLK VA 23541-1067
14706932     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
               c/o HSBC BANK NEVADA, N.A.,    POB 41067,   NORFOLK VA 23541-1067
14706961     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,   c/o Orchard Bank,
               POB 41067,    NORFOLK VA 23541-1067
14029003     +Prairie Emergency Services SC,    333 N. Hammes St.,   Joliet, IL 60435-8119
14029004      Provena St. Joseph Medical Center,    75 Remitance Dr., Ste. 1366,   Chicago, IL 60675-1366
14029005     +Provena St. Mary’s Hospital,    500 W. Court Street,   Kankakee, IL 60901-3691
14029006     +Provena/St. Joseph Medical Center,    333 N. Madison St.,   Joliet, IL 60435-8233
14029007      Reward Zone Program Mastercard,    PO Box 17051,   Baltimore, MD 21297-1051
14029008     +Ronald E. Stella MD,    PO Box 766,   Bedford Park, IL 60499-0766
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 4                   Date Rcvd: Dec 19, 2012
                               Form ID: pdf006              Total Noticed: 83


14029011      +Sasan Payvar MD,    333 Madison St.,    Joliet, IL 60435-8200
14029012      +St. James Hospital,    20201 Crawford Ave.,    Olympia Fields, IL 60461-1010
14029014      +Suburban Radiologists SC,    2000 Spring Rd Ste. 200,    Oak Brook, IL 60523-1956
14029015       Summit Collection Services Inc,    PO ABox 306,    Hohokus, NJ 07423-0306
14029016      +United Recovery Service LLC,    18525 Torrence Ave., Ste. C-6,    Lansing, IL 60438-2891
14029018      +Wajid A. Khan MD,    200 N. Hammes Ave.,    Joliet, IL 60435-6677
14029019       Washington Mutual MC,    P.O. Box 660487,    Dallas, TX 75266-0487
14029020      +Woo Chan Kim MD,    333Madison St.,    Joliet, IL 60435-8200
14029021      +Wunderlich Law Office Ltd,    Attn: James M. McTighe,    54 N. Ottawa St., Ste B-60,
                Joliet, IL 60432-4384
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14028946      +E-mail/Text: BTBS.PatientAdvocate@Biomet.com Dec 20 2012 04:44:48      Biomet,
                100 Interpace Parkway,    Parsippany, NJ 07054-1149
14028958       E-mail/Text: clerical.department@yahoo.com Dec 20 2012 02:17:41      Creditors Collection Bureau,
                P.O. Box 63,   Kankakee, IL 60901-0063
14028969       E-mail/Text: data_processing@fin-rec.com Dec 20 2012 02:21:19      Financial Recovery Services Inc,
                PO Box 385908,    Minneapolis, MN 55438-5908
14028977       E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2012 02:40:05      GE Money Bank,    PO Box 981064,
                El Paso, TX 79998-1064
14691583      +E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2012 02:34:24      GE Money Bank dba SAM'S CLUB,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14029009       E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2012 02:27:59      Sam's Club,    P.O.Box 530942,
                Atlanta, GA 30353-0942
14029010      +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2012 02:32:19      Sams Club,
                Attention: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14028963       DuPage Pathology Assoc. SC
14029013       Suburban Radiologists SC
14028948*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,     Attn: C/O TSYS Debt Management,    PO Box 5155,
                Norcross, GA 30091)
14028982*      HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
14028995*     +Michel H. Malek, MD,    16151 Weber Rd, Ste. 103,    Crest Hill, IL 60403-0864
14028983     ##+HSBC/Best Buy,   Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
14029017     ##+United Surgical Assistance,    750 Almar Parkway Ste. 205,    Bourbonnais, IL 60914-2399
                                                                                   TOTALS: 2, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dwilliams            Page 3 of 4                Date Rcvd: Dec 19, 2012
                              Form ID: pdf006            Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: dwilliams          Page 4 of 4              Date Rcvd: Dec 19, 2012
                              Form ID: pdf006          Total Noticed: 83
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2012 at the address(es) listed below:
          Bradley J Waller   on behalf of Trustee Bradley J Waller bjwtrustee@ksbwl.com,
           bwaller@ecf.epiqsystems.com
          Bradley J Waller    bjwtrustee@ksbwl.com,  bwaller@ecf.epiqsystems.com
          Gloria M Longest   on behalf of Debtor Andrew J Doolittle glongest@cbcast.com,  glongst@cbcast.com
          Kathryn A Klein   on behalf of Creditor   Chrysler Financial Services Americas, L.L.C. f/k/a
           Daimler Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                       TOTAL: 5

Case 09-21061    Doc 40    Filed 12/19/12    Entered 12/21/12 23:48:04    Desc Imaged
Certificate of Notice    Page 10 of 10