# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOOLITTLE, ANDREW J | § | Case No. 09-21061 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                    .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/MICHAEL G. BERLAND _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY WALLER, TRUSTEE | | | | | |
| BRADLEY WALLER, TRUSTEE | | | | | |
| US BANKRUPTCY CLERK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist Bolingbrook Hospital 2870 Remington Blvd. Bolingbrook, IL 60440 | | | | | |
| | Alexander Sosenko, MC 1300 Copperfield Ave. Joliet, IL 60432 | | | | | |
| | Angie Dillman DRNA 20201 Crawford Ave. Olympia Fields, IL 60461 | | | | | |
| | Assoc. Anesthesiologists of Joliet 333 North Madison St. Joliet, IL 60435-8200 | | | | | |
| | Associated St. James Radiologists P.O.Box 3837 Springfield, IL 62708-3837 | | | | | |
| | Associated St. James Radiologists PO Box 3597 Springfield, IL 62708-3597 | | | | | |
| | Associated St. James Radiologists PO Box 3597 Springfield, IL 62708-3597 | | | | | |
| | Biomet 100 Interpace Parkway Parsippany, NJ 07054 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brian Fagan, MD 333 Madison St. Joliet, IL 60435 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management PO Box 5155 Norcross, GA 30091 | | | | | |
| | Center for Neuro Dis 2222 Weber Road Crest Hill, IL 60403 | | | | | |
| | Christy J. Hiser MD 2100 Glenwood Ave. Joliet, IL 60435 | | | | | |
| | Chrysler Financial PO Box 551080 Jacksonville, FL 32255 | | | | | |
| | Consusltants in Pathology PO Box 9231 Michigan City, IN 46361-9231 | | | | | |
| | Daniel L. Garrison MD 700 E. Ogden Ave. Ste. 202 Westmont, IL 60559 | | | | | |
| | David C. You MD 700 E. Ogden Ave. Westmont, IL 60559 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Deerbrook Care Centre 306 N. OLarkin Joliet, IL 60435 | | | | | |
| | Dino U. Vallera MD 120 N. Oak St. Hinsdale, IL 60521 | | | | | |
| | DuPage Pathology Assoc. SC | | | | | |
| | DuPage Pathology Assoc. SC 520 E. 22nd Street Lombard, IL 60148 | | | | | |
| | ENT Surgical Consultants Ltd. 2201 Glenwood Avenue Joliet, IL 60435 | | | | | |
| | First Premier Bank 3820 N Louise Ave Sioux Falls, SD 57117 | | | | | |
| | Gareth P. Trichardt, DC 197 W. Romeo Road Romeoville, IL 60446 | | | | | |
| | Gawtham Gutta MD 330 Madison Street Joliet, IL 60435 | | | | | |
| | HSBC Bank Attn: Bankruptcy PO Box 5253 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Bank Attn: Bankruptcy PO Box 5253 Carol Stream, IL 60197 | | | | | |
| | HSBC Bank Attn: Bankruptcy PO Box 5253 Carol Stream, IL 60197 | | | | | |
| | HSBC Bank P Box 5253 Carol Stream, IL 60197 | | | | | |
| | HSBC Bank PO Box 5253 Carol Stream, IL 60197 | | | | | |
| | HSBC/Best Buy Attn: Bankruptcy Po Box 6985 Bridge Water, NJ 08807 | | | | | |
| | Jeffery Lapsker, DDS 2201 Glenwood Ave. Joliet, IL 60435 | | | | | |
| | John A. Yarzagary MD PO Box 7000 Bolingbrook, IL 60440 | | | | | |
| | Joliet Radiological Service Corp. 36910 Treasury Center Chicago, IL 60694-6900 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joliet Radiological Service Corp. 36910 Treasury Center Chicago, IL 60694-6900 | | | | | |
| | Joliet Radiological Service Corp. 36910 Treasury Center Chicago, IL 60694-6900 | | | | | |
| | Joliet Radiological Service Corp. 36910 Treasury Center Chicago, IL 60694-6900 | | | | | |
| | Joliet Radiological Service Corp. 36910 Treasury Center Chicago, IL 60694-6900 | | | | | |
| | Joliet Radiological Service Corp. 36910 Treasury Center Chicago, IL 60694-6900 | | | | | |
| | Joliet Radiological Service Corp. 36910 Treasury Center Chicago, IL 60694-6900 | | | | | |
| | Joliet Radiological Service Corp. 36910 Treasury Center Chicago, IL 60694-6900 | | | | | |
| | Joseph J. Natarelli DO 333 Madison St. Joliet, IL 60435 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Karim K. Tourk MD 2450 Glenwood Ave. #101 Joliet, IL 60435 | | | | | |
| | Mark Diamond DO 333 Madison St. Joliet, IL 60435 | | | | | |
| | Michel H. Malek MD 16151 Weber Rd. Crest Hill, IL 60403 | | | | | |
| | Michel H. Malek MD 16151 Weber Rd., Ste. 103 Crest Hill, IL 60403 | | | | | |
| | Michel H. Malek, MD 16151 Weber Rd, Ste. 103 Crest Hill, IL 60403 | | | | | |
| | Mickey B. Jester DO 333MadisonStreet Joliet, IL 60435 | | | | | |
| | Miguel E. George MD 200 N. Hammes Ave. #3 Joliet, IL 60435 | | | | | |
| | Open Advance MRI LLC PO Box 37293 Baltimore, MD 21297-3293 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Optech 121 Springfield Ave. Joliet, IL 60435 | | | | | |
| | Orthofix Inc PO Box 849806 Dallas, TX 75284 | | | | | |
| | Prairie Emergency Services SC 333 N. Hammes St. Joliet, IL 60435 | | | | | |
| | Provena St. Joseph Medical Center 75 Remitance Dr., Ste. 1366 Chicago, IL 60675-1366 | | | | | |
| | Provena St. Joseph Medical Center 75 Remitance Dr., Ste. 1366 Chicago, IL 60675-1366 | | | | | |
| | Provena St. Joseph Medical Center 75 Remitance Dr., Ste. 1366 Chicago, IL 60675-1366 | | | | | |
| | Provena St. Joseph Medical Center 75 Remitance Dr., Ste. 1366 Chicago, IL 60675-1366 | | | | | |
| | Provena St. Joseph Medical Center 75 Remitance Dr., Ste. 1366 Chicago, IL 60675-1366 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Provena St. Joseph Medical Center 75 Remitance Dr., Ste. 1366 Chicago, IL 60675-1366 | | | | | |
| | Provena St. Mary's Hospital 500 W. Court Street Kankakee, IL 60901 | | | | | |
| | Provena St. Mary's Hospital 500 W. Court Street Kankakee, IL 60901 | | | | | |
| | Provena St. Mary's Hospital 500 W. Court Street Kankakee, IL 60901 | | | | | |
| | Provena St. Mary's Hospital 500 W. Court Street Kankakee, IL 60901 | | | | | |
| | Provena/St. Joseph Medical Center 333 N. Madison St. Joliet, IL 60435 | | | | | |
| | Provena/St. Joseph Medical Center 333 N. Madison St. Joliet, IL 60435 | | | | | |
| | Provena/St. Joseph Medical Center 333 N. Madison St. Joliet, IL 60435 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Reward Zone Program Mastercard PO Box 17051 Baltimore, MD 21297-1051 | | | | | |
| | Ronald E. Stella MD PO Box 766 Bedford Park, IL 60499 | | | | | |
| | Sasan Payvar MD 333 Madison St. Joliet, IL 60435 | | | | | |
| | St. James Hospital 20201 Crawford Ave. Olympia Fields, IL 60461 | | | | | |
| | Suburban Radiologists SC | | | | | |
| | Suburban Radiologists SC 2000 Spring Rd Ste. 200 Oak Brook, IL 60523 | | | | | |
| | United Surgical Assistance 750 Almar Parkway Ste. 205 Bourbonnais, IL 60914 | | | | | |
| | Wajid A. Khan MD 200 N. Hammes Ave. Joliet, IL 60435 | | | | | |
| | Woo Chan Kim MD 333Madison St. Joliet, IL 60435 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | MIDLLAND FUNDING AS ASSIGNEE | | | | | |
| 000008 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000009 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000010 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000011 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |